THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES H. DAVIES, Appellant.

Submitted October 17, 1949; decided November 17, 1949.

*James H. Davies,* appellant in person.
*Arthur B. Hart, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.